# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE MAURICE MITCHELL,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>            Defendants. | No.  CV 09-5531-SJO (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff has not filed any Objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered granting Defendants' motion for summary judgment.

October 6, 2011

DATED: _____

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE