# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREE MAURICE MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN BERNARDINO, et al.,<br><br>    Defendants. | No. CV 09-5531-SJO (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for summary judgment is granted and Judgment is entered in favor of Defendants.

DATED: October 6, 2011

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE