UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYREE MAURICE MITCHELL, | ) | No. CV 09-5531-SJO (AGR) |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| COUNTY OF SAN BERNARDINO, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Defendants' motion for summary judgment is granted and the action is dismissed with prejudice.

DATED: January 6, 2012

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE